|   |   |
|---|---|
| 1 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | JILL M. THOMAS<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2781 |



**FILED**

APR 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   Case No.
            )
        Plaintiff,   )   **SEALING ORDER**
            )   **(Under Seal)**
    v.      )
            )   2:09-MJ-0114 DAD
ANTHONY BERNARD WILSON,   )
    aka "Cheese"   )
            )
        Defendant.   )
_____)

The Court hereby orders the Criminal Complaint, and Arrest Warrant, in the above-referenced matter, shall be sealed until further order of the Court.

DATED: April 7, 2009

_____
DALE A. DROZD
United States Magistrate Judge