```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2781
```

FILED

APR 15 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK PAUL TURNER, JR.,<br>ANTHONY BERNARD WILSON,<br> aka "Cheese", and<br>LESLIE MILLER BELL, JR.<br><br>    Defendants. | MAG. NO.09-MJ-0114 DAD<br><br>APPLICATION AND ORDER<br>FOR UNSEALING COMPLAINT |

On April 7, 2009, a complaint was filed in the above-referenced case. The government respectfully requests that the complaint, affidavit, and arrest warrants be unsealed.

DATED: April 15, 2009

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

                              By _____
                                  JILL M. THOMAS
                                  Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED:

DATED: 4/15/09

_Dale A. Drozd_
DALE A. DROZD
United States Magistrate Judge

2