```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JILL M. THOMAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2781
```



**FILED**
APR 15 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO.09-MJ-0114 DAD |
| Plaintiff, ) | |
| v. ) | APPLICATION AND ORDER FOR UNSEALING COMPLAINT |
| FRANK PAUL TURNER, JR., ) ANTHONY BERNARD WILSON, ) aka "Cheese", and ) LESLIE MILLER BELL, JR. ) | |
| Defendants. ) | |

On April 7, 2009, a complaint was filed in the above-referenced case. The government respectfully requests that the complaint, affidavit, and arrest warrants be unsealed.

DATED: April 15, 2009

                            LAWRENCE G. BROWN
                            Acting United States Attorney

                  By _____
                            JILL M. THOMAS
                            Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED:

DATED: 4/15/09

*/s/ Dale A. Drozd*
DALE A. DROZD
United States Magistrate Judge