UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK PAUL TURNER, JR,<br>LESLIE MILLER BELL, JR., and<br>ANTHONY BERNARD WILSON,<br><br>    Defendants.<br>_____/ | No. CR.S-09-0193 FCD<br><br><br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CESAR FIGUEROA, JR., and<br>MARCUS WILLIAMS,<br><br>    Defendants.<br>_____/ | No. CR.S-09-0194 WBS |

    Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions arise from the same on-going law enforcement investigation, share common legal issues, and involve the same parties, and would therefore entail a substantial duplication of labor if heard by different judges.

    Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1      The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

     IT IS THEREFORE ORDERED that the action denominated, CR.S-09-0194 is reassigned to Judge Frank C. Damrell, Jr. for all further proceedings, and any dates currently set in the reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as **CR. S-09-0194 FCD**.

     IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

     IT IS SO ORDERED.

DATED:  April 28, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE