1    Olaf W. Hedberg, SBN #151082
     1107 9th St. Suite 850
2    Sacramento, CA 95814
     (916) 447-1192
3    Attorney for Defendant

4              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
5

6

7    UNITED STATES OF AMERICA          )    No. 2:09-CR-193 FCD
                                        )
8               Plaintiff,             )    STIPULATION AND ORDER.
                                        )
9          vs.                         )    Date: April 26, 2010
                                        )    Time: 10 am
10   FRANK PAUL TURNER, JR.            )    Judge: Hon. Frank C. Damrell, Jr.
     LESLIE MILLER BELL, JR.            )
11   ANTHONY BERNARD WILSON et al       )
                                        )
12              Defendant.

13

14         IT IS HEREBY STIPULATED by and between the parties hereto through their

15   respective counsel, JILL THOMAS, Assistant Untied States Attorney, attorney for Plaintiff,

16   OLAF HEDBERG, attorney for defendant FRANK PAUL TURNER, JR., SHARI RUSK,

17   attorney for LESLIE MILLER BELL, JR.  and MICHAEL LONG, attorney for ANTHONY

18   BERNARD WILSON that the status conference now scheduled for April 26, 2010 at 10 am be

19   vacated and a new date of June 28, 2010 at 10 am be set for status conference. Defendant

20   Anthony Bernard Wilson has only recently been added (as of April 7, 2010) to this case, and his

21   counsel has only begun to receive discovery.  In addition, the parties have been negotiating the

22                                    Page 1 of 3

1    terms of a proposed plea agreement.

2         It is further stipulated and agreed between the parties that the period beginning April. 26,

3    2010 and ending June 28, 2010, should be excluded  in computing the time within which the trial

4    of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for

5    defense preparation. The defense has been engaged in ongoing legal research and investigation.

6    All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of

7    Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

8

9                                    Respectfully submitted,
                                     Dated this April 21, 2010
10                                   By /s/ Olaf Hedberg
                                     Olaf W. Hedberg, Attorney at Law
11                                   Attorney for Frank Paul Turner, Jr.

12
                                     Dated this April 21, 2010
13                                   By /s/ Shari Rusk
                                     Shari Rusk, Attorney at Law
14                                   Attorney for Leslie Miller Bell, Jr.

15                                   Dated this April 21, 2010
                                     by /s/ Michael Long
16                                   Michael Long
                                     Attorney for Anthony Wilson
17
                                     Dated this April 21, 2010
18                                   Lawrence Brown
                                     Acting United States Attorney
19                                   /s/ Olaf Hedberg for Jill Thomas
                                     Jill Thomas
20                                   Assistant U.S. Attorney

21

22                                   Page 2 of 3

1                                        **ORDER**

2    **IT IS SO ORDERED.**

3
     DATED: April 21, 2010

4                                    _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22                                      Page 3 of 3