Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>FRANK PAUL TURNER, et.al.,<br><br>          Defendants. | Case No.: CR. S-09-193 FCD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. Frank C. Damrell, Jr.<br>Time:   10:00 a.m.<br>Date:   August 23, 2010 |

Defendants Frank Turner, Leslie Bell, and Anthony Wilson, by and through their undersigned counsel, and the United States of America, by and through Assistant United States Attorney, Jill Thomas, request that this matter be continued for a status conference to August 23, 2010, at 10:00 a.m..  Defendants are charged in an indictment alleging three counts of violations of 21 U.S.C. §§s 841(a)(1) – Possession of Cocaine Base with Intent to Distribute.  A status conference was previously set for June 28, 2010.  The parties continue to be involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to August 23, 2010, and that date is available with the Court.

-1-

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: June 21, 2010         Respectfully submitted,

        __/s/ Shari Rusk___
        Shari Rusk
        Attorney for Defendant
        Leslie Bell

        /s/ Olaf Hedberg
        Olaf Hedberg
        Attorney for Defendant
        Frank Turner

        /s/ Mike Long
        Mike Long
        Attorney for Defendant
        Anthony Wilson

        /s/ Jill Thomas
        Jill Thomas
        Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.  The Court finds excludable time through August 23, 2010, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: June 22, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE