Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
1107 9th St. Suite 850
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 2:09-CR-193 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER. |
| vs. ) | |
| ) | Date: August 23, 2010 |
| FRANK PAUL TURNER, JR. ) | Time: 10 am |
| et al ) | Judge: Hon. Frank C. Damrell, Jr. |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant Untied States Attorney, attorney for Plaintiff, OLAF HEDBERG, attorney fo FRANK PAUL TURNER, JR., SHARI RUSK, attorney for LESLIE MILLER BELL, JR., and MICHAEL LONG, attorney for ANTHONY WILSON, that the status conference now scheduled for August 23, 2010 at 10:00 a.m. be vacated and a new date of October 4, 2010 at 10:00 a.m. be set for status conference. The parties continue to be involved in defense investigation; also, the parties have been negotiating the terms of a proposed plea agreement.

1     It is further stipulated and agreed between the parties that the period beginning August 23, 2010 and ending October 4, 2010, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(i) and Local Code T4.

Respectfully submitted,
Dated this 19th of August, 2010
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Frank Paul Turner, Jr.

Dated this 19th of August, 2010
By /s/ Shari Rusk
Shari Rusk, Attorney at Law
Attorney for Leslie Miller Bell, Jr.

Dated this 19th of August, 2010
By /s/ Michael Long
Michael Long, Attorney at Law
Attorney for Anthony Wilson

Dated this 19th of August, 2010
Benjamin B. Wagner
United States Attorney
/s/ Olaf Hedberg for Jill Thomas
Jill Thomas
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: August 19, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE