MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for ANTHONY WILSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR. S-09-193 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE STATUS |
| | ) CONFERENCE |
| ANTHONY WILSON, | ) |
| FRANK TURNER and | ) Date: 11-15-10 |
| LESLIE BALL, | ) Time: 10:00 a.m. |
| Defendants. | ) Judge: Hon. Frank C. Damrell, Jr. |

==============================

It is hereby stipulated between the parties, Jill Thomas, Assistant United States Attorney, Olaf Hedberg, attorney for defendant FRANK TURNER, Shari Rusk, attorney for defendant LESLIE BALL and Michael Long, attorney for ANTHONY WILSON, that the status conference date of October 4, 2010, should be continued until November 15, 2010.  The continuance is necessary as the parties are still investigating the case, negotiating dispositions, and the parties will need to review the new crack cocaine guidelines which are due to be published by the United States Sentencing Commission on November 1, 2010.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of November 15, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

///

-1-

| | |
|---|---|
| Dated: September 29, 2010 | Respectfully submitted, |
| | /s/ Michael D. Long<br>MICHAEL D. LONG<br>Attorney for ANTHONY WILSON |
| Dated: September 29, 2010 | /s/ Olaf Hedberg      .<br>OLAF HEDBERG<br>Attorney for FRANK TURNER |
| Dated: September 29, 2010 | /s/ Shari Rusk<br>SHARI RUSK<br>Attorney for LESLIE BALL |
| Dated: September 29, 2010 | BENJAMIN WAGNER<br>United States Attorney |
| | /s/ Jill Thomas<br>JILL THOMAS<br>Assistant U.S. Attorney |

**IT IS SO ORDERED.**

Dated: September 30, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-2-