MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for ANTHONY WILSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR. S-09-193 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE STATUS |
| | ) CONFERENCE |
| ANTHONY WILSON, | ) |
| FRANK TURNER and | ) Date: 3-14-11 |
| LESLIE BALL, | ) Time: 10:00 a.m. |
| Defendants. | ) Judge: Hon. Frank C. Damrell, Jr. |

It is hereby stipulated between the parties, Jill Thomas, Assistant United States Attorney, Olaf Hedberg, attorney for defendant FRANK TURNER, Shari Rusk, attorney for defendant LESLIE BALL and Michael Long, attorney for ANTHONY WILSON, that the status conference date of January 10, 2011, should be continued until March 14, 2011, at 10:00 a.m.. The continuance is necessary as the parties are still investigating the case, negotiating dispositions, and the parties are taking in to account the new crack cocaine guidelines which were published by the United States Sentencing Commission on November 1, 2010.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of March 14, 2011, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel and that the continuance outweighs the best interests of the public and the defendants to a speedy trial.

-1-

1 | Dated: January 5, 2011 | Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for ANTHONY WILSON

Dated: January 5, 2011

/s/ Olaf Hedberg
OLAF HEDBERG
Attorney for FRANK TURNER

Dated: January 5, 2011

/s/ Shari Rusk
SHARI RUSK
Attorney for LESLIE BALL

Dated: January 5, 2011

BENJAMIN WAGNER
United States Attorney

/s/ Jill Thomas
JILL THOMAS
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: January 6, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE