Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
901 H St., Suite 673
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant FRANK PAUL TURNER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:09-cr-00193 KJM |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| FRANK PAUL TURNER, JR. et al | Date: March 3, 2011<br>Time: 10 am<br>Judge: Hon. Kimberly J. Mueller |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant Untied States Attorney, attorney for Plaintiff, OLAF HEDBERG, attorney fo FRANK PAUL TURNER, JR., SHARI RUSK, attorney for LESLIE MILLER BELL, JR., and MICHAEL LONG, attorney for ANTHONY WILSON, that the status conference now scheduled for March 3, 2011 at 10 am be vacated and a new date of April 7, 2011 at 10 am be set for status conference. The parties continue to be involved in defense investigation; also, the parties have been negotiating the terms of a proposed plea agreement.

1  It is further stipulated and agreed between the parties that the period beginning March 3, 2011 and ending April 7, 2011, 2011, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(I) and Local Code T4.

Respectfully submitted,
February 28, 2011
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Frank Paul Turner, Jr.

February 28, 2011
By /s/ Shari Rusk
Shari Rusk, Attorney at Law
Attorney for Leslie Miller Bell, Jr.

February 28, 2011
By /s/ Michael Long

Michael Long, Attorney at Law
Attorney for Anthony Wilson

February 28, 2011
Benjamin B. Wagner
United States Attorney
/s/ Olaf Hedberg for Jill Thomas
Jill Thomas
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The status conference set for March 3, 2011 at 10:00 a.m. is VACATED and RESET for April 7, 2011 at 10:00 a.m.   The Court finds an exclusion of time is appropriate under the Speedy Trial Act.  Accordingly, time is excluded from March 3, 2011 up to and including April 7, 2011 under Title 18, United States Code, Section 3161(h)(8)(i) and Local Code T4.  All counsel is advised that they are required to attend the status conference now set for April 7, 2011, and that no continuance of that date will be granted.

DATED:  March 2, 2011.

_____
UNITED STATES DISTRICT JUDGE