SHARI RUSK, Bar #170313
Attorney At Law
P.O. Box 188945
Sacramento, California 95818
Telephone: (916) 804-8656
rusklaw@comcast.net

Attorney for Defendant
LESLIE BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE BELL,<br><br>Defendant. | No. CR-S 09-193 KJM<br><br>DEFENDANT'S NOTICE AND REQUEST TO SEAL DEFENDANTS' PLEA AGREEMENT AND PROPOSED ORDER<br><br>Date: August 8, 2012<br>Time: 10:00 a.m.<br>Hon. Kimberly J. Mueller |

The defendant requests that this plea agreement be filed under seal. The government does not oppose this request. Therefore, defendant asks that this Court hereby order the agreement filed under seal.

Dated: August 9, 2012

Respectfully submitted,

/s/ Shari Rusk
Shari Rusk

Attorneys for Defendant
Leslie Bell

## ORDER

As set forth above, the Court hereby orders the plea agreement be sealed.

Dated: August 10, 2012

Hon. Kimberly J. Mueller
U.S. District Judge